

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00075-CV

**SAN ANTONIO HOUSING AUTHORITY**,
Appellant

v.

**SERENTO APARTMENTS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16503
The Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellee's brief was due April 6, 2015. When the brief was not filed, we notified appellee that if we did not receive a response within ten days, we would set the appeal at issue without appellee's brief. On April 23, 2015, appellee filed a motion for extension of time to file the brief asking for an extension of ten days. However, appellee was unclear as to when the ten days should run from. Accordingly, we will assume appellee is requesting ten days from the date the motion was filed, i.e., April 23, 2015, and we **GRANT** the motion and **ORDER** appellee to file the brief on or before May 4, 2015. This gives appellee a ten-day extension from the date the motion was filed and a thirty-day extension from the original due date.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court